Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Elva Alarcon

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVA ALARCON, | Case No.: EDCV 14-1792 JCG |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,000.00, as authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00, as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: August 07, 2015

_____
THE HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

1 | Respectfully submitted,
2 | LAW OFFICES OF Lawrence D. Rohlfing
3 | /s/ *Young Cho*
  | _____
4 | Young Cho
  | Attorney for plaintiff Elva Alarcon